In the Matter of CHARLES W. STEVENS, an Attorney.— Report of referee confirmed, respondent disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

FREDERICK W. I. LUNDY, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

MARY MARINO and RALPH MARINO, as Administrators, etc., of THOMAS MARINO, Deceased, Respondents, v. ALEX LEVINSON, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLES NATIONAL BANK AND TRUST COMPANY OF WHITE PLAINS, Respondent, v. COUNTY OF WESTCHESTER and THE CITY OF WHITE PLAINS, Appellants.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Is the plaintiff entitled to summary judgment on this record? Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. [See ante, p. 827.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS WEINER, Appellant, v. WARDEN OF THE CITY PRISON, KINGS COUNTY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JOHN CLIFFORD SIMPSON, an Infant, by A. C. N. THOMPSON, His Guardian ad Litem, Respondent, v. TEUNIS S. FIERO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ANTHONY STABILE, Respondent, v. MICHAEL DIMPERIO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.